UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
NORBERTO VEGA, on behalf of herself and all others similarly situated

                                         Plaintiff,

-v.-

PHARMCORP, LLC

                                         Defendants.
-----------------------------------------------------------------x

Civil Action No:
2:24-cv-6317

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 29, 2024

                                                                        Respectfully Submitted,

                                                                        */s/Yaakov Saks*
                                                                        Yaakov Saks
                                                                        **Stein Saks, PLLC**
                                                                        One University Plaza, Suite 620
                                                                        Hackensack, NJ 07601
                                                                        ysaks@steinsakslegal.com
                                                                        Tel. 201-282-6500
                                                                        Fax 201-282-6501
                                                                        *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 29th day of July 2024

Respectfully Submitted,

*/s/ Yaakov Saks*
Yaakov Saks

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: JULY 30, 2024